IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **SECURE MATRIX LLC,** | |
| Plaintiff, | Civil Action No: 7:25-cv-00120 |
| v. | **PATENT CASE** |
| **SANTIKOS REAL ESTATE SERVICES, LLC,** | **JURY TRIAL DEMANDED** |
| Defendant. | |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney is admitted to this Court and hereby enters his appearance of counsel on behalf of Defendant Santikos Theaters, LLC, incorrectly named Santikos Real Estate Services, LLC in this matter. Counsel consents to electronic service of all papers in this matter.

2

| | |
|---|---|
| Dated: April 9, 2025 | Respectfully submitted, |
| | By: */s/ Neil J. McNabnay* |
| | Neil J. McNabnay |
| | Texas Bar No. 24002583 |
| | mcnabnay@fr.com |
| | Lance E. Wyatt |
| | Texas Bar No. 24093397 |
| | wyatt@fr.com |
| | **FISH & RICHARDSON P.C.** |
| | 1717 Main Street, Suite 5000 |
| | Dallas, Texas 75201 |
| | (214) 747-5070 – Telephone |
| | (214) 747-2091 - Facsimile |

**COUNSEL FOR DEFENDANT SANTIKOS THEATERS, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 9, 2025 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ *Neil J. McNabnay*
Neil J. McNabnay