IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **SECURE MATRIX LLC,**<br><br>    Plaintiff,<br><br>  v.<br><br>**SANTIKOS REAL ESTATE SERVICES, LLC,**<br><br>    Defendant. | Civil Action No: 7:25-cv-00120<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING DEFENDANT TWIN LIQUORS LP'S
RULE 12(b)(6) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Before the Court is Defendant Santikos Theaters, LLC's Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim.

Having considered the motion, and for good cause shown, the motion is hereby GRANTED.

IT IS SO ORDERED.

Signed this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE