**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| **Secure Matrix LLC,** | Case No. 7:25-cv-00120-DC-DTG |
| Plaintiff | Patent Case |
| v. | Jury Trial Demanded |
| **Santikos Real Estate Services, LLC,** | |
| Defendant. | |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

1.    Plaintiff Secure Matrix LLC ("Plaintiff") seeks to extend the time to file its Response to the Motion to Dismiss filed by Defendant Santikos Real Estate Services, LLC ("Defendant") on April 09, 2025, which is currently due on April 23, 2025, or otherwise file a first amended complaint, by 7 days to April 30, 2025.

2.    This is Plaintiff's first request for an extension of this nature.

3.    The reason for this requested extension is to allow counsel for Plaintiff additional time to investigate the allegations set forth in Defendant's Motion to Dismiss and consider an appropriate response.

4.    Granting this request will not alter the date of any other event or deadline already fixed by Court order.

5.    The parties have met and conferred, and Defendant does not oppose this Motion.

1

6.      Plaintiff therefore respectfully requests that the Court grant this request to extend the deadline to file responsive brief to the Motion to Dismiss or otherwise file a first amended complaint by 7 days to April 30, 2025.

Dated: April 22, 2025                    Respectfully submitted,


                                         /s/ Isaac Rabicoff
                                         Isaac Rabicoff
                                         Rabicoff Law LLC
                                         4311 N Ravenswood Ave Suite 315
                                         Chicago, IL 60613
                                         773-669-4590
                                         isaac@rabilaw.com

                                         **Counsel for Plaintiff**
                                         **Secure Matrix LLC**

## CERTIFICATE OF CONFERENCE

In compliance with Local Rule CV-7(i), counsel for Plaintiff and counsel for Defendant conferred regarding the motion for extension of time on April 22, 2025. Counsel for Defendant does not oppose this motion and the extension sought hereby.

/s/ Isaac Rabicoff
Isaac Rabicoff

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on April 22, 2025 via the Court's CM/ECF system.

/s/ Isaac Rabicoff
Isaac Rabicoff