IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **Secure Matrix LLC,**<br><br>Plaintiff<br><br>v.<br><br>**Santikos Real Estate Services, LLC,**<br><br>Defendant. | Case No. 7:25-cv-00120-DC-DTG<br><br>Patent Case<br><br>Jury Trial Demanded |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO MOTION TO DISMISS**

Before the Court is Plaintiff Secure Matrix LLC's Unopposed Motion to Extend Response to the Motion to Dismiss Deadline. The Court, having considered the motion, is of the opinion that the motion should be GRANTED.

It is therefore ORDERED that the deadline for Plaintiff to file a responsive brief to the Motion to Dismiss or otherwise file a first amended complaint is April 30, 2025.

SO ORDERED _____

_____
UNITED STATES DISTRICT JUDGE