Exhibit 2

| US8677116B1 | Santikos's Entertainment website "santikos.com" ("The accused instrumentality") |
|---|---|
| 1. A method of using a computer system to authenticate a user seeking to conduct at least one interaction with a secured capability provided by a computer, the method comprising: | The accused instrumentality practices a method of using a computer system (e.g., authentication server of the accused instrumentality, etc.) to authenticate a user seeking to conduct at least one interaction (e.g., account login, movie ticket booking, etc.) with a secured capability provided by a computer (e.g., server of the accused instrumentality).<br><br>As shown, the website of the accused instrumentality practices providing a secure connection with a user's device (electronic device of the user) through HTTPS connections. This is achieved by an authentication server (a computer system) authenticating users seeking to perform actions such as account login, movie ticket booking, etc., (interactions) ensuring that interactions with secured features are protected from unauthorized access.<br><br><br><br>https://www.santikos.com/san-antonio/westlakes/theater-info |

santikos.com/signup
For quick access, place your bookmarks here
All Bookmarks
SANTIKOS ENTERTAINMENT
Security
santikos.com
Connection is secure
Your information (for example, passwords or credit card numbers) is private when it is sent to this site. Learn more
Certificate is valid
Promos
Experiences
Events
More
Quick Buy
Sign In/Sign Up
Love Movies? Want M
Join The
Scroll For More

https://www.santikos.com/signup

SANTIKOS ENTERTAINMENT
Westlakes
Movies
Locations
Promos
Experiences
Events
More
Quick Buy
jack ryan
Welcome
jack ryan
Customer # : 70026491150455
MOVIE LOVERS
0%
Level Up Your Account To The MOVIE BUFF
Spend $250 More And Start Earning More Loyalty Points Per Transaction.
Total Spend: $0.00

https://www.santikos.com/profile



https://www.santikos.com/profile



Source: Fiddler capture of the accused instrumentality

https://www.santikos.com/profile

| using the computer system to receive a first signal from the computer providing the secured capability, the first signal comprising a reusable identifier corresponding to the secured capability, the reusable identifier assigned | The accused instrumentality practices using the computer system (e.g., authentication server of the accused instrumentality, etc.) to receive a first signal (e.g., user_session_id set response, etc.) from the computer (e.g., server of the accused instrumentality) providing the secured capability (e.g., secure connection with the website, etc.), the first signal comprising a reusable identifier (e.g., user_session_id, etc.) corresponding to the secured capability (e.g., secure connection with the website, etc.), the reusable identifier assigned for use by the secured capability for a finite period of time (e.g., expiry date and time). |

| | |
|---|---|
| for use by the secured capability for a finite period of time; | As shown, the website of the accused instrumentality practices providing a secure connection with a user's device (electronic device of the user) through HTTPS connections. This is achieved by an authentication server (a computer system) authenticating users seeking to perform actions such as account login, movie ticket booking, etc., (interactions) ensuring that interactions with secured features are protected from unauthorized access. The server sends a response to set the user_session_id value set by the user device.<br><br>As shown, the user_session_id token set by the end device is reused in all further communications with the server. The user session token also mentions an expiry date and time for the token, indicating that it can be reused for a finite period.<br><br><br><br>https://www.santikos.com/signup |

Security overview

This page is secure (valid HTTPS).

Certificate - valid and trusted
The connection to this site is using a valid, trusted server certificate issued by Amazon RSA 2048 M03.

View certificate

Connection - secure connection settings
The connection to this site is encrypted and authenticated using TLS 1.3, X25519, and AES_128_GCM.

Resources - all served securely
All resources on this page are served securely.

https://www.santikos.com/profile


Source: Fiddler captures of the accused instrumentality



https://www.santikos.com/profile

Source: Fiddler Capture of the accused instrumentality

| | |
|---|---|
| | <br>Source: Fiddler Capture of the accused instrumentality |
| using the computer system to receive a second signal from an electronic device being used by the user, the second signal comprising a copy of the reusable identifier and user verification information; | The accused instrumentality practices using the computer system (e.g., authentication server of the accused instrumentality, etc.) to receive a second signal (e.g., a request signal from the user device) from an electronic device being used by the user, the second signal (e.g., request signal from the user device) comprising a copy of the reusable identifier (e.g., user_session_id, etc.) and user verification information (e.g., member_id).<br><br>When the server sends a message containing a user_session_id to the user device, the client includes a copy of the user session id in all subsequent requests to the server, along with user verification information (e.g., member_id credentials). This allows the server to authenticate the client for the session and ensure secure communication between the client and server. |



Source: Fiddler Capture of the accused instrumentality

Source: Fiddler capture of the accused instrumentality

| | |
|---|---|
| | 
Source: Fiddler capture of the accused instrumentality |
| using a processor of the computer system to evaluate, based at least on the first signal and the second signal, whether the user is authorized to conduct the at least one interaction with the secured capability; and | The accused instrumentality practices using a processor of the computer system (e.g., processor of the authentication server of the accused instrumentality, etc.) to evaluate, based at least on the first signal (e.g., a user_session_id set response, etc.) and the second signal (e.g., a request signal from the user device), whether the user is authorized to conduct the at least one interaction (e.g., account login, movie ticket booking, etc.) with the secured capability (e.g., secure connection with the website, etc.).

The server compares the reusable identifier, such as the token (e.g., user_session_id), in the first response received from the server with the token included in the client's subsequent request. If a match is found, the server authenticates the user and processes the request securely. |



Source: Fiddler capture of the accused instrumentality



Source: Fiddler capture of the accused instrumentality

https://www.santikos.com/san-antonio/westlakes/theater-info



https://www.santikos.com/signup

|  |  |
|---|---|
|  | 

https://www.santikos.com/profile |
| in response to an indication from the processor that the user is authorized to conduct the at least one interaction with the secured capability, using the computer system to transmit a third signal comprising authorization | The accused instrumentality practices in response to an indication from the processor (e.g., processor of the authentication server of the accused instrumentality, etc.) that the user is authorized to conduct the at least one interaction with the secured capability (e.g., secure connection with the website, etc.), using the computer system processor (e.g., authentication server of the accused instrumentality, etc.) to transmit a third signal comprising authorization information (e.g., a response signal from the server to the user device, etc.) to at least one of the electronic device (e.g., user device, etc.) and the computer. |

| | |
|---|---|
| information to at least one of the electronic device and the computer. | As shown, upon authenticating the user_session_id, the user device receives an authentication confirmation message (a third signal), from the server to the user device.<br><br><br><br>Source: Fiddler capture of the accused instrumentality<br><br><br><br>https://www.santikos.com/san-antonio/westlakes/theater-info |