UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| Secure Matrix LLC<br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Santikos Real Estate Services, LLC<br>　　　　　　　　Defendant. | No. 7:25-cv-00120-DC-DTG |

**UNOPPOSED MOTION TO RESET INITIAL PRETRIAL CONFERENCE**

Plaintiff Secure Matrix LLC , respectfully requests and does hereby move this Court for an order resetting the Initial Pretrial Conference currently set for May 28, 2025 to June 4, 2025, or such other date and time that the Court deems appropriate.

WHEREAS on April 15, 2025, the Court issued an Order Setting the Initial Pretrial Conference for **02:00 PM on Wednesday, May 28, 2025** in Waco before Judge Derek T. Gilliland (ECF No. 12).

WHEREAS, on April 4, 2025, Judge Gilstrap of the United States District Court for the Eastern District of Texas issued a notice setting a number of in-person Scheduling/Case Management Conferences for the undersigned counsel's cases to be held in Marshall, Texas at **01:30 PM on Wednesday, May 28, 2025**.

WHEREAS, the undersigned counsel therefore has an unavoidable conflict between the two simultaneous, in-person conferences.

THEREFORE, Plaintiff respectfully requests that the Initial Pretrial Conference be moved one week and reset for **02:00 PM on Wednesday, June 4, 2025**, or such other date and time as the Court finds appropriate.

- 2 -

The undersigned certifies that he met and conferred via e-mail with counsel for Defendant regarding this motion on Friday, May 9, 2025.  Counsel for Defendant indicated that Defendant does not oppose the motion and relief requested.

Dated: May 13, 2025            /s/ Benjamin C. Deming            .
                               Benjamin C. Deming
                               bdeming@dnlzito.com
                               **DNLZITO**
                               3232 McKinney Ave #500
                               Dallas, TX 75204
                               T: 214-799-1145

                               ***ATTORNEYS FOR DEFENDANT
                               SECURE MATRIX LLC***

- 3 -

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on May 13, 2025, the undersigned served the foregoing document by the Court's CM/ECF electronic transmission on all counsel of record in this case.

By:  <u>*/s/ Benjamin C. Deming*</u>  .
Benjamin C. Deming