UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| Secure Matrix LLC<br>　　　　　　　　Plaintiff,<br><br>v.<br><br>Santikos Real Estate Services, LLC<br>　　　　　　　　Defendant. | No. 7:25-cv-00120-DC-DTG |

**ORDER ON DEFENDANT'S UNOPPOSED**
**MOTION TO RESET INITIAL PRETRIAL CONFERENCE**

On May 12, 2025, Plaintiff Secure Matrix LLC filed a motion to reset the Initial Pretrial Conference to June 4, 2025 due to a conflict with a previously-set court appearance before the U.S. District Court for the Eastern District of Texas.  Plaintiff indicates that the motion is unopposed by Defendant.

It is HEREBY ORDERED, that the Initial Pretrial Conference in this case is reset.  The new date and time for the Initial Pretrial Conference in the above-titled action is **Wednesday, June 4, 2025 at 2:00 PM** before Judge Derek T. Gilliland.

IT IS SO ORDERED.

Dated: _____    By: _____
　　　　　　　　　　　　　　　　　　　　　　Hon. Derek T. Gilliland
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge