# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | |
|---|---|
| SECURE MATRIX LLC § | |
| § | |
| vs. § | NO: MO:25-CV-00120 |
| § | |
| SANTIKOS REAL ESTATE SERVICES, § | |
| LLC | |
| *Defendant* | |

# ORDER CANCELLING INITIAL PRETRIAL CONFERENCE HELD IN PERSON

**IT IS HEREBY ORDERED** that the above entitled and numbered case having been set for INITIAL PRETRIAL CONFERENCE HELD IN PERSON, on June 25, 2025 at 02:00 PM is hereby CANCELLED until further order of the court.

**IT IS SO ORDERED** this **23rd day of June, 2025**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE