IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Secure Matrix LLC,** | Case No. 7:25-cv-00120-DC-DTG |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Santikos Real Estate Services, LLC,** | |
| Defendant. | |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Secure Matrix LLC ("Plaintiff") and Defendant Santikos Real Estate Services, LLC ("Defendant") hereby stipulate to dismiss all claims against Defendant WITH PREJUDICE and all counterclaims against Plaintiff WITHOUT PREJUDICE.

Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: July 11, 2025          Respectfully submitted,

/s/ Isaac Rabicoff
Isaac Rabicoff
Rabicoff Law LLC
4311 N Ravenswood Ave Suite 315
Chicago, IL 60613
7736694590
isaac@rabilaw.com

**Counsel for Plaintiff
Secure Matrix LLC**

/s/ *Lance Wyatt*
Lance Wyatt

1

Texas Bar No. 24093397
Neil J. McNabnay
Texas Bar No. 24002583
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)
wyatt@fr.com
mcnabnay@fr.com

**Counsel for Defendant**
**Santikos Real Estate Services, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on July 11, 2025 via the Court's CM/ECF system.

<u>/s/ Isaac Rabicoff</u>
Isaac Rabicoff