IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **Secure Matrix LLC,** | Case No. 7:25-cv-00120-DC-DTG |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Santikos Real Estate Services, LLC,** | |
| Defendant. | |

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL**

The request to dismiss all claims against Defendant Santikos Real Estate Services, LLC WITH PREJUDICE and all counterclaims against Plaintiff Secure Matrix LLC WITHOUT PREJUDICE is hereby GRANTED.

Each party shall bear its own costs, expenses, and attorneys' fees.

SIGNED this _____ day of July, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE